In the Matter of BLOSSOM VIEW NURSING HOME, Appellant, v
ANTONIA C. NOVELLO, M.D., as Commissioner of Health of
State of New York, et al., Respondents.

Submitted August 2, 2004; decided September 21, 2004

Motion by the New York Association of Homes and Services
for the Aging for leave to appear amicus curiae on the motion
for leave to appeal herein granted and the brief is accepted as
filed.

In the Matter of CROWN COMMUNICATION NEW YORK, INC., Re-
spondent, v DEPARTMENT OF TRANSPORTATION OF THE STATE
OF NEW YORK, Respondent, and CITY OF NEW ROCHELLE et
al., Appellants. JAMES CAVANAUGH, Intervenor-Respondent.
(Matter No. 1.)

In the Matter of CROWN COMMUNICATION NEW YORK, INC., Re-
spondent, v DEPARTMENT OF TRANSPORTATION OF THE STATE
OF NEW YORK, Respondent, and CITY OF NEW ROCHELLE et
al., Appellants. (Matter No. 2.)

Submitted September 13, 2004; decided September 21, 2004

Motion by New York State Conference of Mayors and Munici-
pal Officials for leave to file a brief amicus curiae on the appeal
herein granted and the proposed brief is accepted as filed.

In the Matter of ERNEST DEMEL, Appellant, v NORTHERN TELE-
COM, INC., et al., Respondents. WORKERS' COMPENSATION
BOARD, Respondent.

Submitted June 21, 2004; decided September 21, 2004

Motion, insofar as it seeks leave to appeal from the Appellate
Division order that denied appellant's motion for reargument
or, alternatively, leave to appeal to the Court of Appeals,
dismissed upon the ground that such order does not finally
determine the proceeding within the meaning of the Constitu-
tion; motion for leave to appeal otherwise denied.